Travis Wesley Walker
1767 Lakewood Ranch Blvd PMB 161
Bradenton, FL 34211
(941) 999-1289
twdirect@gmail.com
pro se

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| Travis W. Walker<br><br>Plaintiff,<br><br>V.<br><br>CROSSCOUNTRY MORTGAGE, LLC,<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.<br>("MERS"), and<br>NATIONSTAR MORTGAGE LLC d/b/a<br>MR. COOPER<br><br>Defendant(s) | **CASE NO: 8:25-CV-01488-KKM-CPT**<br><br>**PLAINTIFF'S MOTION TO ENJOIN FREDDIE MAC MULTICLASS CERTIFICATES, SERIES 5188 TRUST**<br><br>**REQUEST IN EQUITY AND DEMAND FOR JURY TRIAL** |

**PLAINTIFF'S MOTION TO ENJOIN FREDDIE MAC MULTICLASS CERTIFICATES,**

**SERIES 5188 TRUST**

COMES NOW Plaintiff, **Travis W. Walker**, pro se, and pursuant to **Fed. R. Civ. P. 65** and **Fed. R. Civ. P. 19(a)**, together with Local Rule 3.01(g), respectfully moves this Court for an Order temporarily and permanently enjoining the **Freddie Mac Multiclass Certificates, Series 5188 Trust** ("Freddie Mac Trust"), its trustees, agents, successors, or assigns, from transferring, negotiating, or otherwise asserting control over the Promissory Note dated December 1, 2021, concerning the property located at 3506 162nd Ave E, Parrish, Florida, during the pendency of this action, and as grounds therefore states as follows:

**I. BACKGROUND**

1

PLAINTIFF'S MOTION TO ENJOIN FREDDIE MAC MULTICLASS CERTIFICATES,

SERIES 5188 TRUST

1. This case concerns a Note and Mortgage dated December 1, 2021, concerning the property located at 3506 162nd Ave E, Parrish, Florida.

2. Defendants allege they are the lawful holders of the Note and entitled to enforce it.

3. However, independent forensic audit and Freddie Mac's own Loan Level Data reporting confirm that the subject loan was **transferred into the Freddie Mac Multiclass Certificates, Series 5188 Trust** with a closing date of **January 31, 2022**.

4. The Trust continues to report this loan as an asset, including through May 2025.

5. If the Trust holds the beneficial ownership and Defendants are attempting to enforce the Note independently, then multiple parties are claiming an interest in the same instrument.

6. The Trust's absence from these proceedings creates a substantial risk of **inconsistent obligations, duplicative litigation, or judgments rendered without all necessary parties present.**

## II. LEGAL BASIS

1. Under **Fed. R. Civ. P. 19(a)**, a party must be joined if, in their absence, the Court cannot accord complete relief, or if the absent party claims an interest relating to the subject of the action and disposition in their absence may impair their ability to protect that interest or leave existing parties subject to multiple obligations.

2. The Freddie Mac Trust's reported ownership of the Note makes it a **necessary and indispensable party** under Rule 19.

3. To proceed without the Trust would risk issuing a judgment that is incomplete, unenforceable, or subject to later collateral attack.

2

**PLAINTIFF'S MOTION TO ENJOIN FREDDIE MAC MULTICLASS CERTIFICATES, SERIES 5188 TRUST**

### III. Jurisdiction Preserved

1. Plaintiff notes that the joinder of the Freddie Mac Multiclass Certificates, Series 5188 Trust does not defeat this Court's jurisdiction. Freddie Mac is a federally chartered corporation with an independent statutory basis for federal jurisdiction, and its inclusion as a party under Fed. R. Civ. P. 19(a) does not destroy diversity or otherwise impair the Court's authority to adjudicate this matter. To the contrary, the Trust's joinder is necessary to ensure that complete relief can be granted and to prevent inconsistent or duplicative obligations regarding the subject Note and Mortgage.

### IV. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Enjoin and join the **Freddie Mac Multiclass Certificates, Series 5188 Trust** as a necessary party to this action;
2. Direct the Trust to appear and respond to Plaintiff's allegations regarding ownership and enforceability of the Note;
3. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

By: /s/ Travis Walker
Travis Wesley Walker
1767 Lakewood Ranch Blvd PMB 161
Bradenton, FL 34211
(941) 999-1289
twdirect@gmail.com
pro se

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), Plaintiff certifies that on October 16, 2025, he conferred with counsel for Defendants via email regarding this Motion. At 5:59 PM EDT, counsel for Defendants, Vanessa D. Sloat-Rogers, responded in writing: *"We object to the Motion."* A copy of this correspondence is attached hereto as **Exhibit A**.

**PLAINTIFF'S MOTION TO ENJOIN FREDDIE MAC MULTICLASS CERTIFICATES, SERIES 5188 TRUST**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **PLAINTIFF'S MOTION TO ENJOIN FREDDIE MAC MULTICLASS CERTIFICATES, SERIES 5188 TRUST** has been served upon the Defendant by certified mail, return receipt requested, and/or by electronic filing where applicable, in accordance with the Federal Rules of Civil Procedure including:

This the 17th day of October 2025.

Respectfully submitted,

ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
Attorney for Defendant Nationstar
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-997-6909
Service Email: flmail@raslg.com

Vanessa D. Sloat-Rogers, Esquire
Florida Bar No. 0353530
Communication Email: vrogers@raslg.com

By: /s/ *Travis Walker*
Travis Wesley Walker
1767 Lakewood Ranch Blvd PMB 161
Bradenton, FL 34211
(941) 999-1289
twdirect@gmail.com
pro se